UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-23275-CIV-UNGARO/O'SULLIVAN

WILLIAM B. NUNEZ,
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____/

## SCHEDULING ORDER

THIS CASE is before the Court *sua sponte*. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

(1) Plaintiff shall file a motion for summary judgment, setting forth the reasons for relief and including citations to the administrative record and relevant legal authorities on or before sixty (60) days from the date of this Order.

(2) Defendant shall file a response to Plaintiff's motion for summary judgment and Defendant's motion for summary judgment within thirty (30) days after Plaintiff files his motion for summary judgment.

(3) Plaintiff may respond to Defendant's motion for summary judgment and reply to Defendant's response to Plaintiff's motion for summary judgment within thirty (30) days after Defendant files a response and motion as set forth in Paragraph 2 above.

(4) The requirements of Local Rule 56.1 shall not apply to this matter. The parties should not file a separate statement of facts and the statement of facts need not be in separately numbered paragraphs. The facts shall be supported by specific references to the administrative record.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of February, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE