UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23275-CIV-ALTMAN/O'SULLIVAN

WILLIAM B. NUNEZ,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 34, 11/25/21). This motion was referred to Chief United States Magistrate Judge John J. O'Sullivan. The Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 34, 11/25/21) indicates that the motion is unopposed. See Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 34, 11/25/21) at p. 1. The plaintiff requests fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as agreed to by the parties, in the amount of $4,251.84. The plaintiff indicates in his motion that the plaintiff is the prevailing party under the EAJA and meets the financial qualifications for relief, and the Defendant's position was not "substantially justified." A review of the petition reveals that the requested fees are reasonable and permitted pursuant to 28 U.S.C. § 2412.

The plaintiff assigned his rights to any EAJA fee award to his attorney. The plaintiff indicates in his motion that the

> [t]he plaintiff, William B. Nunez, has executed a valid assignment of this fee award to the undersigned stating as follows: 'I consent to have all EAJA fees paid to my attorneys. It is my request that any check issued in my case pursuant to the Equal Access To Justice Act (EAJA) be issued in the name of Luis A Segarra, Esq.'
>
> In light of <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), and the Anti-Assignment Act, 31 U.S.C. § 3727; 31 C.F.R. section 285.5) an award of fess (sic) shall be payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff owes a debt subject to offset. If the United States Department of the Treasury determines that Plaintiff does not owe a debt subject to offset, the government will accept Plaintiff's assignment of EAJA Fees and pay fees directly to Plaintiff's counsel.

Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 34, 11/25/21) at p. 2. Accordingly, it is hereby

RESPECTFULLY RECOMMENDED that Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 34, 11/25/21) be GRANTED and the plaintiff be awarded fees in the amount of $4,251.84. It is further

RESPECTFULLY RECOMMENDED that if the plaintiff does not owe any debt to the United States that is subject to an offset, the check for attorney's fees shall be made payable to the plaintiff's attorney. It is further

The parties will have fourteen (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Roy K. Altman, United States District Court Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon

grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-1192 (11th Cir. 2020); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

    RESPECTFULLY SUBMITTED in Chambers, at Miami, Florida, this 30th day of November, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE